## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **ALTHIE J. BOYD** | **CIVIL DOCKET NO. 1:21-cv-04048** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ALEX JOSEPH, M.D.** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 12] of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, noting an absence of objection to the REPORT AND RECOMMENDATION [Doc. 13] filed by Plaintiff, Althie J. Boyd ("Boyd"), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law,

IT IS HEREBY ORDERED that Defendant, Alex Joseph, M.D.'s ("Dr. Joseph's") Rule 12(b)(1) MOTION TO DISMISS [Doc. 3] is GRANTED, and Boyd's COMPLAINT [Doc. 1] is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers, this 20th day of September 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE